UNITED STATES BANKRUPTCY
DISTRICT OF NEW MEXICO

In Re:

GARY LEE KUMMELL and                                    Case No. 09-11145-J
NONA PEARL KUMMELL,

      Debtors.

## ORDER GRANTING MOTION TO COMPEL TRUSTEE'S ABANDONMENT OF PROPERTY PURSUANT TO 11 U.S.C. §554

This matter came before the Court on the Debtors' Motion to Compel Trustee's Abandonment of Property Pursuant to 11 U.S.C. §554 filed October 28, 2009 (the "Motion") in which Debtors, Gary Lee Kummell and Nona Pearl Kummell ("Debtors") sought to compel the abandonment of their personal residence listed in their Schedule A and located at 8343 Arco Place, Mesilla Park, New Mexico. Having considered the Motion and the record, and the requirements set forth in the Bankruptcy Code and Bankruptcy Rules, and being sufficiently advised;

The Court FINDS: (a) that on October 28, 2009, Debtors filed the Motion; (b) on October 29, 2009, an Order was entered by the Court which required objections to the Motion to be filed no later than 12:00 noon on November 12, 2009; (c) on October 28, 2009, Notice of the objection period along with the Motion was served ("Notice") on all creditors and other parties in interest as shown on the mailing list provided to the Court by the Debtors, specifying that objections were to be filed no later than 12:00 noon on November 12, 2009; (d) the Notice was appropriate in the particular circumstances; (e) the objection deadline has expired and no objections to the Motion were filed; (f) the Motion is well taken and will be granted.

1

THE COURT THEREFORE ORDERS, pursuant to 11 U.S.C. §554(b), that the trustee shall forthwith enter an Order Abandoning the Debtors' primary residence described in Schedule A of their Bankruptcy schedules and statements filed in this case on April 17, 2009 and located at 8343 Arco Place, Mesilla Park NM.

_____

Robert H. Jacobvitz

U. S. Bankruptcy Judge

Entered on Docket: November 13, 2009

Respectfully Submitted,

*S/electronically Filed 11.13.09*
R. "Trey" Arvizu, III
Attorney for Debtors
P.O. Box 1479
Las Cruces, NM 88004
(575)527-8600
(575)527-1199 (fax)
trey@arvizulaw.com

Copy to:

Kieran F. Ryan
Chapter 7 Trustee
P.O. Box 26
Las Cruces, NM 88004-0026